UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
NOV 21 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                        INDICTMENT NO. 6:24CR74-REW-HAI

TRAVIS WHITFIELD

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about February 12, 2024, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**TRAVIS WHITFIELD**

did knowingly and intentionally distribute a mixture or substance containing alprazolam, a Schedule IV controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 21 U.S.C. § 841(a)(1)

On or about March 12, 2024, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**TRAVIS WHITFIELD**

did knowingly and intentionally distribute a mixture or substance containing alprazolam, a Schedule IV controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about July 16, 2024, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### TRAVIS WHITFIELD

did knowingly and intentionally distribute a mixture or substance containing fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about September 30, 2024, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### TRAVIS WHITFIELD

did knowingly and intentionally distribute a mixture or substance containing fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 21 U.S.C. § 841(a)(1)

On or about September 30, 2024, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### TRAVIS WHITFIELD

did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
## 21 U.S.C. § 841(a)(1)

On or about October 21, 2024, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

### TRAVIS WHITFIELD

did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. By virtue of the commission of the felony offenses alleged the Indictment, **TRAVIS WHITFIELD** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **TRAVIS WHITFIELD** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**MONEY JUDGMENT:**
A forfeiture money judgment representing the amount of proceeds that the Defendant obtained as a result of the violations alleged in this Indictment and/or representing the value of property used to commit and/or facilitate the commission of the violations alleged herein.

3. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

███████████████
**FOREPERSON**

*/s/ [signature] for*
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNTS 1-2:**   On each count, not more than 5 years of imprisonment, a fine of not more than $250,000, and at least 1 year of supervised release.

**COUNTS 3-6:**   On each count, not more than 20 years of imprisonment, a fine of not more than $1,000,000, and at least 3 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.